No. 99–668. SHAW *v.* AUTOZONE, INC. C. A. 7th Cir. Certiorari denied.

No. 99–673. GMA ACCESSORIES, INC. *v.* GOOTNICK ENTERPRISES, INC., DBA IT'S ALL GREEK TO ME CORP. C. A. 2d Cir. Certiorari denied.

No. 99–674. WEEDEN ET UX. *v.* AUTO WORKERS CREDIT UNION. C. A. 6th Cir. Certiorari denied.

No. 99–683. BRIERLY, ADMINISTRATOR OF THE ESTATE OF BRIERLY, DECEASED *v.* ALUSUISSE FLEXIBLE PACKAGING, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–684. VINCENT *v.* DELTA AIRLINES, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–687. ORTHOFIX S. R. L. ET AL. *v.* EBI MEDICAL SYSTEMS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–688. SANCHEZ, NEXT FRIEND OF SANCHEZ *v.* BACA ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–693. LICHTIG *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–695. WILLIAMSON ET AL. *v.* CHICAGO TRANSIT AUTHORITY. C. A. 7th Cir. Certiorari denied.

No. 99–698. HOY, GUARDIAN FOR BROWN *v.* SIMPSON, SHERIFF OF LOUDOUN COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–701. WOLK *v.* UNUM LIFE INSURANCE OF AMERICA. C. A. 3d Cir. Certiorari denied.

No. 99–705. BATISTE ET AL. *v.* ISLAND RECORDS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–706. CANTY *v.* LARHETTE ET AL. C. A. 1st Cir. Certiorari denied.